IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-01484-REB-BNB

IN THE MATTER OF DR. JOSEPH MECCA, M.D., to perpetuate testimony,

Petitioner.

---

**ORDER**

---

This matter is before me on the **Petition to Perpetuate Testimony Pursuant to Fed. R. Civ. P. 27(a)** [Doc. # 1, filed 7/14/2008] as supplemented by an executed verification page [Doc. # 6, filed 7/22/2008] and an executed signature page [Doc. # 7, filed 7/22/2008] (collectively, the "Petition").

The Petition appears to satisfy the requirements of Rule 27(a)(1), Fed. R. Civ. P., concerning a request for taking depositions to perpetuate testimony before an action is filed. It identifies the United States Army, Evans Army Community Hospital, and John Does (who are unknown individuals working for the United States Army at Evans Army Community Hospital) as potential adverse parties. Petition at ¶¶4-5.

Rule 27(a)(2) and (3), Fed. R. Civ. P., provides in relevant part:

> **(2) Notice and Service.** At least 20 days before the hearing date, the petitioner must serve each expected adverse party with a copy of the petition and a notice stating the time and place of the hearing. The notice may be served either inside or outside the district or state in the manner provided in Rule 4. If that service cannot be made with reasonable diligence on an expected adverse party, the court may order service by publication, or otherwise. The court must appoint an attorney to represent persons not served in the manner provided in Rule 4 and to cross-examine the deponent if an unserved person is not otherwise represented. . . .
>
> **(3) Order and Examination.** If satisfied that perpetuating the

testimony may prevent a failure or delay in justice, the court must issue an order that designates or describes the persons whose depositions may be taken, specifies the subject matter of the examinations, and states whether the depositions will be taken orally or by written interrogatories. The depositions may then be taken under these rules, and the court may issue orders like those authorized by Rules 34 and 35.

IT IS ORDERED that a hearing on the Petition consistent with Rule 27(a)(2), Fed. R. Civ. P., is set for **October 17, 2008, at 3:30 p.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

IT IS FURTHER ORDERED that the petitioner shall make service as required by Rule 27(a)(2), Fed. R. Civ. P., at least 20 days before the hearing and file proof of that service on or before **October 14, 2008**.

Dated September 12, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge